# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>HANI S. TADROS,<br><br>　　　　　　　Defendant. | Civil Action No.:<br>FILED<br>APRIL 11, 2008　　　YM<br>08CV2093<br>JUDGE GETTLEMAN<br>MAGISTRATE JUDGE KEYS |

## PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT

Plaintiff, The Prudential Insurance Company of America ("Prudential"), by counsel, hereby complies with Federal Rule of Civil Procedure 7.1 and states as follows:

The Prudential Insurance Company of America, a New Jersey corporation, is a subsidiary of Prudential Holdings, LLC, a New Jersey Limited Liability Company which owns 100 percent of the stock of Prudential Insurance Company of America. Prudential Holdings, LLC is a subsidiary of Prudential Financial, Inc., which owns 100 percent of Prudential Holdings, LLC. Prudential Financial, Inc. is a publicly-held New Jersey corporation traded on the New York Stock Exchange under the symbol "PRU" and no parent corporation or any publicly-held corporation owns ten percent or more of its stock.

Dated: April 11, 2008　　　　　　　　　　　　MORGAN, LEWIS & BOCKIUS, LLP
　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs The Prudential
　　　　　　　　　　　　　　　　　　　　　　Insurance Company of America

　　　　　　　　　　　　　　　　　　　　By:　s/ Mitchell K. Rovner

1-CH/211790.1

Mitchell K. Rovner
Morgan, Lewis & Bockius LLP
77 West Wacker Drive, 5th Floor
Chicago, Illinois 60601
Tel: (312) 324.1000
Fax: (312) 324.1001

## CERTIFICATE OF SERVICE

      I hereby certify that on April 11, 2008, I electronically filed the foregoing **Plaintiff's Rule 7.1 Disclosure Statement** with the Clerk of the Court using the CM/ECF system and served the foregoing via U.S. Mail to the following:

Hani S. Tadros
30 Ruffled Feathers Drive
Lemont, Illinois 60439-7746

                                            By:      /s/ Mitchell K. Rovner