# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **PRUDENTIAL INSURANCE COMPANY OF AMERICA,** | Civil No. 08 cv 2093 |
| Plaintiff. | Hon. Robert W. Gettleman |
| vs. | Magistrate Judge Keys |
| **HANI S. TADROS,** | |
| Defendant. | |

## STIPULATION

After engaging in preliminary settlement discussions, the Parties, through their respective counsel, hereby stipulate to extend the time in which Defendant Hani S. Tadros has respond to Plaintiff's Complaint until June 9, 2008.

SO STIPULATED AND AGREED TO on this 30th of May, 2008 by:

| **PRUDENTIAL INSURANCE COMPANY OF AMERICA**, Plaintiff | **HANI S. TADROS**, Defendant |
|---|---|
| By: /s/ Mitchell K. Rovner | By: /s/ Henry M. Baskerville |
| Mitchell K. Rovner<br>Morgan, Lewis & Bockius LLP<br>77 West Wacker Drive, 5th Floor<br>Chicago, IL 60601<br>(312) 324-1000<br>mrovner@morganlewis.com | William P. Ziegelmueller (Ill. Bar No. # 6226438)<br>Henry M. Baskerville (Ill. Bar No. #6285712)<br>STETLER & DUFFY, LTD.<br>11 South LaSalle Street, Suite 1200<br>Chicago, IL 60603<br>(312) 338-0200<br>bziegel@stetleranduffy.com<br>hbasker@stetleranduffy.com |
| *Attorney for Plaintiff* | *Attorneys for Defendant* |

## **CERTIFICATE OF SERVICE**

      I, Henry Baskerville, an attorney, certify that I caused copies of the foregoing **Stipulation** to be served on the attorney listed below via the Court's CM/ECF system this 30th day of May, 2008.

      /s/    Henry M. Baskerville

To:    Mitchell K. Rovner
        Morgan, Lewis & Bockius LLP
        77 West Wacker Drive, 5th Floor
        Chicago, IL 60601
        (312) 324-1000
        mrovner@morganlewis.com

        *Attorney for Plaintiff*