UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PRUDENTIAL INSURANCE COMPANY OF AMERICA, | Civil No. 08 cv 2093 |
| Plaintiff, | Hon. Robert W. Gettleman |
| vs. | Magistrate Judge Keys |
| HANI S. TADROS, | |
| Defendant. | |

## MOTION FOR SUBSTITUTION OF COUNSEL

Plaintiff Prudential Insurance Company of America, for its Motion for Substitution of Counsel states as follows:

1. Mitchell K. Rovner of Morgan, Lewis & Bockius LLP appeared on behalf of Plaintiff in this matter on April 16, 2008.

2. Kimberly E. Rients Blair of Gordon & Rees LLP entered on additional appearance on Plaintiff's behalf on August 15, 2008.

3. Mr. Rovner seeks to withdraw as counsel with Ms. Blair to continue as counsel for Plaintiff.

WHEREFORE, Plaintiff Prudential Insurance Company of America respectfully requests that this Court grant its Motion for Substitution of Counsel and allow Mitchell K. Rovner to withdraw as counsel for Plaintiff.

Respectfully submitted,

_____
Kimberly E. Rients Blair
*Attorney for Plaintiff Prudential Insurance Company of America*

Kimberly E. Rients Blair
Gordon & Rees LLP
1 N. Franklin St., Ste. 1800
Chicago, IL 60606
(312) 565-1400

                                                        Mitchell K. Rovner
                                                        *Attorney for Plaintiff Prudential Insurance*
                                                        *Company of America*

Mitchell K. Rovner
Morgan, Lewis & Bockius, LLP
77 W. Wacker Dr., 5th Floor
Chicago, IL 60601
(312) 324-1000

PRU/1052648/5881009v.1

## CERTIFICATE OF SERVICE

I, Kimberly E. Rients Blair, an attorney, certify that I caused a copy of the foregoing Motion for Substitution of Counsel to be served on the attorneys listed below via the Court's CM/ECF system this 15th day of August, 2008.

*Kimberly E. Rients Blair*

To: Mitchell K. Rovner
Morgan, Lewis & Bockius, LLP
77 W. Wacker Dr., 5th Floor
Chicago, IL  60601
(312) 324-1000
mrovner@morganlewis.com

*Attorney for Plaintiff*

William P. Ziegelmueller
Henry M. Baskerville
Stetler & Duffy, Ltd.
11 S. LaSalle St., Ste. 1200
Chicago, IL  60603
(312) 338-0200
bziegel@stetleranddufy.com
hbasker@stetleranddufy.com

*Attorneys for Defendant*