UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PRUDENTIAL INSURANCE COMPANY OF AMERICA, ) | Civil No. 08 cv 2093 |
| ) | |
| Plaintiff, ) | Hon. Robert W. Gettleman |
| ) | |
| vs. ) | Magistrate Judge Keys |
| ) | |
| HANI S. TADROS, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF MOTION

To:   Mitchell K. Rovner                William P. Ziegelmueller
      Morgan, Lewis & Bockius, LLP      Henry M. Baskerville
      77 W. Wacker Dr., 5th Floor       Stetler & Duffy, Ltd.
      Chicago, IL  60601                11 S. LaSalle St., Ste. 1200
      (312) 324-1000                    Chicago, IL  60603
      mrovner@morganlewis.com           (312) 338-0200
      *Attorney for Plaintiff*          bziegel@stetleranddurfy.com
                                        hbasker@stetleranddurfy.com
                                        *Attorneys for Defendant*

   PLEASE TAKE NOTICE that on the 26th day of August, 2008 at 9:15 a.m. or as soon thereafter as counsel may be heard I shall appear before the Honorable Judge Robert W. Gettleman or any Judge sitting in his place or stead, in Room 1703 of the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street. Chicago, IL 60604, and then and there present Plaintiff's Motion for Substitution of Counsel, a copy of which is attached and hereby served upon you.

                                        Respectfully submitted,

                                        _____
                                        Kimberly E. Rients Blair
                                        *Attorney for Plaintiff Prudential Insurance*
                                        *Company of America*

Kimberly E. Rients Blair
Gordon & Rees LLP
1 N. Franklin St., Ste. 1800
Chicago, IL  60606
(312) 565-1400

PRU 1052648/5882603v.1