# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2093 | **DATE** | 8/25/2008 |
| **CASE TITLE** | Prudential Ins. Co.    vs    Hani S. Tadros | | |

**DOCKET ENTRY TEXT:**

Plaintiff's motion [15] for substitution of counsel is granted. Mitchell K. Rovner is allowed to withdraw.

[Docketing to mail notice]

00:00

| | Courtroom Deputy | GDS |
|---|---|---|